**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

FREDERICK W. ADKINS,

                Plaintiff,

   v.

PERRY, et al.,

                Defendants.

Case No. 3:25-cv-00111-MMD-CLB

**ORDER**

Plaintiff Frederick Adkins brings this pro se civil-rights case under 42 U.S.C. § 1983. The Court issued an order screening the complaint, finding that Plaintiff states certain colorable claims against several Defendants, and staying this case to allow Plaintiff and Defendants an opportunity to settle their dispute with the assistance of a court-appointed mediator through the Inmate Early Mediation Program. (ECF No. 5.) Mediation is currently set to occur by **video conference at 1:00 p.m. on February 24, 2026**. (ECF No. 8.) Plaintiff has submitted a filing titled "Teleconference" alleging that prison officials caused him to miss a video conference in another case and requesting certain relief. (ECF No. 10.)

Plaintiff's filing (ECF No. 10) has no effect in this case for at least two reasons. First, this filing is akin to a miscellaneous notice, and as explained in General Order No. 2021-05, parties are not permitted to "file 'notices' or 'letters' with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel." *See* General Order No. 2021-05 at 4. "Improperly filed 'notices' or 'letters' will be stricken from the docket." *Id.* Going forward, the Court may summarily strike any improperly filed notice or letter submitted by Plaintiff without further warning.

Second, the substance of the filing is entirely unrelated to this case, so even if this filing was in the form of a properly filed motion, there is no circumstance in which the Court could order the requested relief. *See Pac. Radiation Oncology, LLC v. Queen's Med. Ctr.*, 810 F.3d 631, 636 (9th Cir. 2015) ("[T]here must be a relationship between the

injury claimed in the motion for injunctive relief and the conduct asserted in the underlying complaint.").

Accordingly, **IT IS ORDERED** that Plaintiff's filing titled "Teleconference" (ECF No. 10) has no effect in this case.

**IT IS FURTHER ORDERED** that the mediation will proceed as scheduled in this case by **video conference at 1:00 p.m. on February 24, 2026**.

**IT IS SO ORDERED.**

**DATED**: February 12, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

2