**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| FREDERICK W. ADKINS, | Case No. 3:25-CV-00111-MMD-CLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |
| v. | |
| PERRY, *et al.*, | [ECF No. 16] |
| Defendants. | |

Before the Court is Plaintiff Frederick W. Adkins' ("Adkins") motion for leave to amend his complaint. (ECF No. 16.) Although Adkins does not state why he wants to amend his complaint, from the Court's review of the proposed First Amended Complaint, (ECF No. 16-1), it appears Adkins seeks to add additional defendants. Federal Rule of Civil Procedure 15(a)(1) allows a plaintiff the right to amend their complaint once as a matter of course within 21 days of service of the complaint. Otherwise, amendment is allowed only with the opposing party's written consent or with leave of court. Fed. R. Civ. P. 15(a)(2). Here, Defendants accepted service on March 19, 2026, (ECF No. 15), which means Adkins is within the time frame prescribed by Rule 15(a)(1) to amend his complaint as a matter of right. The motion must therefore be granted.

**IT IS THEREFORE ORDERED** that Adkins' motion to amend his complaint, (ECF No. 16), is **GRANTED**.

**IT IS FURTHER ORDERED** that the **CLERK** shall **FILE** Adkins' First Amended Complaint, (ECF No. 16-1), which is now the operative complaint in this case.

**IT IS FURTHER ORDERED** that on or before **Friday, April 24, 2026**, the Attorney General's Office shall file an amended notice advising Adkins and the Court of: (1) the names of the defendants for whom it accepts service; (2) the names of the defendants for whom it does not accept service; and (3) the names of the defendants for whom it is filing the last known address of under seal. As to any of the named defendants for whom

the Attorney General's Office cannot accept service, they shall file under seal, but not serve a copy of on Adkins, the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

**IT IS FURTHER ORDERED** that if service cannot be accepted for any named defendant(s), Adkins shall file a motion identifying the unserved defendant(s) and requesting issuance of a summons for service to be executed by the U.S. Marshals. For any defendant(s) which the Attorney General's Office has not provided the last known address, Adkins shall provide the full name and address.

**IT IS FURTHER ORDERED** that if the Attorney General's Office accepts service for any of the named defendant(s) they shall have until **Friday, May 29, 2026**, to file and serve an answer or other response to the First Amended Complaint.

**DATED**: _April 3, 2026_____.

_____
**UNITED STATES MAGISTRATE JUDGE**

2