**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| FREDERICK W. ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>PERRY, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00111-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ACCEPTANCE OF SERVICE OR DISCLOSURE OF LAST KNOWN ADDRESS UNDER SEAL**<br><br>[ECF No. 27] |

Currently pending before the Court is Plaintiff Frederick W. Adkins's ("Adkins") motion seeking the Nevada Attorney General's Office to either: (1) accept service on behalf of the remaining unserved defendants, Lieutenant Chrissy Fonoinoana ("Fonoinoana") and Corectional Officer Sousa ("Sousa"); or (2) file the last known address for Fonoinoana and Sousa under seal. (ECF No. 27.) For the reasons stated below, Adkins's motion is granted to the extent the Attorney General's Office is directed to either file an acceptance of service on behalf of Fonoinoana and Sousa or provide their last known addresses under seal.

This case involves a civil rights action pursuant to 42 U.S.C. § 1983 filed by Adkins on February 24, 2025. (ECF No. 1-1.) The Court screened the complaint pursuant to 28 U.S.C. § 1915A(a) and allowed Adkins to proceed against Defendants Leah Miller ("Miller"), Lt. Pona, and CO Seusa. (ECF No. 5.) Following an unsuccessful mediation, the Court issued an order concerning service of process and ordered the following:

> [W]ithin twenty one (21) days of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information.

(ECF No. 13 at 2.) On March 19, 2026, the Attorney General's Office filed a notice indicating that they would accept service on behalf of Miller but could not identify the defendants listed as Lt. Pona or CO Seusa. (ECF No. 15.)

On April 3, 2026, the Court granted Adkins's motion for leave to file a First Amended Complaint ("FAC"). (ECF No. 17.) The FAC listed Fonoinoana, Souza, Candis Rambur ("Rambur"), Miller, Shea Shannon, Nurse Deborah, and Ramirez as Defendants. (ECF No. 18 at 1-2.) In the order granting leave to amend, the Court ordered that:

> [O]n or before Friday, April 24, 2026, the Attorney General's Office shall file an amended notice advising Adkins and the Court of: (1) the names of the defendants for whom it accepts service; (2) the names of the defendants for whom it does not accept service; and (3) the names of the defendants for whom it is filing the last known address of under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, they shall file under seal, but not serve a copy of on Adkins, the last known address(es) of those defendant(s) for whom it has such information.

(ECF No. 17 at 1-2 (emphasis removed).)

On April 27, 2026, the Attorney General's Office filed a notice stating they accepted service on behalf of Ramirez but did not have enough information to identify any individual as "Nurse Deborah." (ECF No. 19.) The Attorney General's Office then filed a notice under seal containing the last known addresses for Rambur, Shannon, and Dr. K. Walton-Ellis.[1] (ECF No. 20 (sealed).) The Attorney General's Office did not provide any information as to whether they would be accepting service on behalf of Fonoinoana and Souza or whether they could identify an address for either. (*See* ECF Nos. 19, 20 (sealed), 21.)

On July 13, 2026, Adkins filed the instant motion seeking the Attorney General's office either accept service on behalf of Fonoinoana and Sousa or provide their last known addresses under seal. (ECF No. 27.) As the Attorney General's Office was already ordered to inform the Court whether they would accept service on behalf of the

---

[1] Although Dr. Walton-Ellis is briefly mentioned in Adkins's FAC, (ECF No. 18 at 4), he is not listed as a defendant in the caption of the complaint and it does not appear that Adkins is actually asserting any claims against Dr. Walton-Ellis. (*See id.*)

Defendants in this case, which includes Fonoinoana and Sousa, Adkins's motion is granted to the extent the Attorney General's Office is once again ordered to file an amended notice regarding acceptance of service or a last known address for Fonoinoana and Sousa.

## I. CONCLUSION

**IT IS THEREFORE ORDERED** that Adkins's motion, (ECF No. 27), is **GRANTED**.

**IT IS FURTHER ORDERED** that on or before **Friday, July 31, 2026**, the Attorney General's Office shall file an amended notice advising Adkins and the Court of: (1) whether the Attorney General's Office is accepting service on behalf of **Chrissy Fonoinoana** and **Correctional Officer Sousa**; or (2) if the Attorney General's Office does not accept service on behalf of Fonoinoana or Sousa, they shall file under seal, but not serve a copy of on Adkins, the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

**IT IS FURTHER ORDERED** that if service cannot be accepted for any named defendant(s), Adkins shall file a motion identifying the unserved defendant(s) and requesting issuance of a summons for service to be executed by the U.S. Marshals. For any defendant(s) which the Attorney General's Office has not provided the last known address, Adkins shall provide the full name and address.

**IT IS FURTHER ORDERED** that if the Attorney General's Office accepts service for any of the named defendant(s) they shall have until **Monday, August 31, 2026**, to file and serve an answer or other response to the First Amended Complaint.

**IT IS SO ORDERED**.

**DATED**: July 16, 2026.

**UNITED STATES MAGISTRATE JUDGE**